Case: 3:99-cv-00176-bbc   Document #: 11   Filed: 06/04/99   Page 1 of 2

DOCKET NUMBER  11

JUN 4 - 1999

FILED
JOSEPH W. SKUPNIEWITZ, CLERK
CASE NUMBER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEANETTE CHROUSER, | ) **SEALED** ) ) |
| Plaintiff, | ) |
| v. | ) **FILED IN CAMERA** ) **AND UNDER SEAL** ) |
| VENCOR, INC., VENTAS, INC., *et al.*, | ) ) ) Case No. 99-C-0176-C ) |
| Defendants. | ) ) ) |

### ORDER

Upon consideration of the United States' *Ex Parte* Application for Partial Lifting of the Seal on this *qui tam* suit, it is hereby

ORDERED that the United States may, in its discretion, provide a copy of the *qui tam* complaint or otherwise disclose the existence and allegations of the *qui tam* complaint in this matter to defendants Vencor, Inc. and Ventas, Inc.; and to relators in the following *qui tam* cases, filed against Vencor, Inc. and/or Ventas, Inc.:

1. United States ex rel. Roberts v. Vencor, Inc., No. 3:97CV-349-J; United States of America ex rel. Meharg, Bressler, Kellner and Hague v. Vencor, Inc., et al., No. 3:98SC-737-H (CONSOLIDATED) (W.D. Ky.) **(UNDER SEAL)**;

2. United States ex rel. Popoff v. Hillhaven, Inc., CIV-S-96-791 (E.D. Cal.) **(UNDER SEAL)**;

3. United States ex rel. Clara Huff and Sharon Dolan v. Vencor, Inc. and John Does 1-50, No.: 97-4358 AHM (Mcx) (C.D. Cal.) **(UNDER SEAL)**;

CC: provided to
AUSA Dowdal
& Atty Filon on 6-4-99
by S Hahn - Dep Clerk

4. <u>United States ex rel. Danley v. Medisave Pharmacies, Inc., Vencor, Inc., et al.</u>, No. CV-N-96-00170-HDM (D. Nev., Reno Div.) **(UNDER SEAL)**;

5. <u>United States ex rel. Robert T. Brzycki v. Vencor, Inc.</u>, Civ. No. 97-451-JD (D.N.H.) **(UNDER SEAL)**;

6. <u>United States ex rel. Lanford & Cavanaugh v. Vencor, Inc., et al.</u>, Civ. No. 97-CV-2845 (M.D. Fla., Tampa Div.);

7. <u>United States ex rel. Doe v. American X-Ray, Inc.</u>, No. LR-C-95-332 (E.D. Ark.);

8. Any future *qui tam* cases in which Vencor and/or Ventas is a named defendant.

IT IS FURTHER ORDERED that, in all other respects, this matter shall remain under seal, and no other filings in this matter shall be made available to defendants or anyone else, unless so ordered by this Court.

IT IS SO ORDERED.

This ___3d___ day of ___June___, 1999.

Barbara B Crabb
THE HONORABLE BARBARA B. CRABB
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mullen J. Dowdal
Assistant United States Attorney
P.O. Box 1585
Madison, WI 53701-1585

Rosemary A. Filou
Trial Attorney
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044